1  LINDA A. RYAN, ESQ.  SBN 185356
   LAW OFFICES OF LINDA A. RYAN
2  182 Farmers Ln, Ste. 101
   Santa Rosa, CA 95405
3  Telephone:  (707) 568-7700
   Facsimile:   (707) 285-2697
4  E-mail: ryanlawoffices@comcast.net

5  SPECIAL APPEARANCE

6  GARY HOENIG, SBN 194384
   LAW OFFICES OF GARY HOENIG
7  182 Farmers Ln, Ste. 101
   Santa Rosa, CA 95405
8  Telephone: (707) 542-4622
   Facsimile:  (707) 542-3810
9  E-mail: ghoenig@sonic.net

10 SPECIAL APPEARANCE

11

12                    IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 HARD DRIVE PRODUCTIONS, INC.,            No. C11-03682 LHK (HRL)

17                    Plaintiff,            Special Appearance by Jane Doe  (Sued
                                            herein as Doe 1)
18           v.
                                            DECLARATION OF GARY HOENIG IN
19 DOES 1 - 66,                             SUPPORT OF DEFENDANT JANE
                                            DOE'S MOTION TO QUASH SUBPOENA
20                    Defendants.           TO COMCAST
                                        /
21                                          Date:
                                            Time:
22                                          Dept:
                                            Trial Date:     None
23

24        I, GARY HOENIG, declare as follows:

25        1.  I am an attorney licensed to practice law before all of the courts of the State of

26 California and am specially appearing as attorney of record for defendant JANE DOE in the

27 above-entitled action.  I hold the engineering degrees of BChE, MSc, and PhD; and am familiar

28 with computer networking systems.

2.   A Media Access Control address (MAC address) is a unique identifier assigned to network interfaces of personal computers for network communications including internet communications.  The MAC address information is used, in part, to uniquely identify a specific computer engaged in network communication for data routing purposes.  MAC address information is contained within the data packets of network communications from the specific computer; hence, network and internet communications with the specific computer contain the MAC address identifier.  Knowledge of the MAC address, in conjunction with the associated Internet Protocol address, allows a party to monitor internet communications and to track internet activity from the specific computer.  Knowledge of the MAC address also facilitates a party to identify and to probe the specific computer from the internet.

3.   I have personal knowledge of the foregoing and, if called upon to testify in this action, could testify to the above from my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Rosa, California, on October 3, 2011.

/S/
GARY HOENIG

**PROOF OF SERVICE**

I, Tiffany Avila, declare:

I am a citizen of the United States and a resident of the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 182 Farmers Lanes St. 101, Santa Rosa, CA 95405. On the date given I served the following:

1. Notice of Motion and Motion to Quash Subpoena to Comcast
2. Memorandum of Points and Authorites in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast
3. Jane Doe's Declaration in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast
4. Declaration of Gary Hoenig in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast

on all the interested parties in said action as follows:

Brett L. Gibbs, Esq.
STEELE HANSMEIER PLLC
38 Miller Avenue, #263
Mill Valley, CA 94941
Telephone: (415) 325-5900
blgibbs@wefightpiracy.com

John Steele, Esq.
STEELE HANSMEIER PLLC
161 N Clark St., Ste. 3200
Chicago, IL 60601
Telephone: (312) 880-9160
jlsteele@wefightpiracy.com


_X_ **BY FIRST CLASS MAIL (C.C.P. §§1005;1013a, et seq.):**
   I caused a true copy of said document(s) to be deposited in a U.S. mail box in a sealed envelope with postage thereon fully prepaid in the City of Santa Rosa, State of California, after the close of the day's business.

___ **BY FACSIMILE (C.C.P. §§1005(b);1012.5 et seq.):**
   I caused said document(s) to be telecopied to each addressee's facsimile number.

___ **BY FEDERAL EXPRESS NEXT DAY DELIVERY (C.C.P. §§1005(b),1013 (c)(d), et seq.):**
   I caused said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage pre-paid and reasonably calculated to ensure delivery to the addressee not later than the close of the next business day.

___ **BY HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§1005;1011, et seq.):**
   I caused said document(s) to be personally delivered to each addressee.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 3, 2011                    /S/_____
                                          TIFFANY AVILA

1