LINDA A. RYAN, ESQ. SBN 185356
LAW OFFICES OF LINDA A. RYAN
182 Farmers Ln, Ste. 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Facsimile: (707) 285-2697
E-mail: ryanlawoffices@comcast.net

SPECIAL APPEARANCE FOR JANE DOE ONE

GARY HOENIG, SBN 194384
LAW OFFICES OF GARY HOENIG
182 Farmers Ln, Ste. 101
Santa Rosa, CA 95405
Telephone: (707) 542-4622
Facsimile: (707) 542-3810
E-mail: ghoenig@sonic.net

SPECIAL APPEARANCE FOR JANE DOE ONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HARD DRIVE PRODUCTIONS, INC., | No. C11-03682 LHK (HRL) |
|---|---|
| Plaintiff, | Special Appearance by Jane Doe One |
| v. | **PROOF OF SERVICE ON COMCAST** |
| DOES 1 - 66, | |
| Defendants. | |

I, TIFFANY AVILA, declare as follows:

I am a citizen of the United States and a resident of the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 182 Farmers Lane, St. 101, Santa Rosa, CA 95405. I am familiar with this office's practice whereby the mail is deposited in a U.S. mail box in the City of Santa Rosa, State of California, after the close of the day's business. On October 3, 2011, I served the following:

1. Notice of Motion and Motion to Quash Subpoena to Comcast

2. Memorandum of Points and Authorites in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast

3. Jane Doe's Declaration in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast

4. Declaration of Gary Hoenig in Support of Defendant Jane Doe's Motion to Quash Subpoena to Comcast

on the interested parties in said action, by placing a true copy hereof enclosed in a sealed envelope with postage thereon fully prepaid and mailing at Santa Rosa, California, and by causing said documents to be telecopied to each addressee's facsimile numbers addressed as follows:

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057
Facsimile: (866) 947-5587

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 7, 2011, at Santa Rosa, California

/s/ Tiffany Avila
TIFFANY AVILA

## PROOF OF SERVICE

I, Tiffany Avila, declare:

I am a citizen of the United States and a resident of the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 182 Farmers Lanes St. 101, Santa Rosa, CA 95405. On the date given I served the following:

1. Proof of Service

on all the interested parties in said action as follows:

| | |
|---|---|
| Brett L. Gibbs, Esq.<br>STEELE HANSMEIER PLLC<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941<br>Telephone: (415) 325-5900<br>blgibbs@wefightpiracy.com | John Steele, Esq.<br>STEELE HANSMEIER PLLC<br>161 N Clark St., Ste. 3200<br>Chicago, IL 60601<br>Telephone: (312) 880-9160<br>jlsteele@wefightpiracy.com |

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057
Facsimile: (866) 947-5587

__X__ **BY FIRST CLASS MAIL (C.C.P. §§1005;1013a, et seq.):**
I caused a true copy of said document(s) to be deposited in a U.S. mail box in a sealed envelope with postage thereon fully prepaid in the City of Santa Rosa, State of California, after the close of the day's business.

____ **BY FACSIMILE (C.C.P. §§1005(b);1012.5 et seq.):**
I caused said document(s) to be telecopied to each addressee's facsimile number.

____ **BY FEDERAL EXPRESS NEXT DAY DELIVERY (C.C.P. §§1005(b),1013 (c)(d), et seq.):**
I caused said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage pre-paid and reasonably calculated to ensure delivery to the addressee not later than the close of the next business day.

____ **BY HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§1005;1011, et seq.):**
I caused said document(s) to be personally delivered to each addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 7, 2011                     /s/ Tiffany Avila
                                                              TIFFANY AVILA