LINDA A. RYAN, ESQ.  SBN 185356
LAW OFFICES OF LINDA A. RYAN
182 Farmers Ln, Ste. 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Facsimile: (707) 284-2697
E-mail: ryanlawoffices@comcast.net

Attorney for Jane Doe One
SPECIAL APPEARANCE

GARY HOENIG, SBN 194384
LAW OFFICES OF GARY HOENIG
182 Farmers Ln, Ste. 101
Santa Rosa, CA 95405
Telephone: (707) 542-4622
Facsimile: (707) 542-3810
E-mail: ghoenig@ap.net

Attorney for Jane Doe One
SPECIAL APPEARANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 - 166, <br><br> Defendants. | No. C11-03682 LHK (HRL) <br><br> Special Appearance by Jane Doe One (Sued herein as Doe 1) <br><br> **CERTIFICATION / DECLARATION OF LINDA A. RYAN REGARDING MEET AND CONFER ON JANE DOE ONE'S MOTION TO QUASH SUBPOENA TO COMCAST** <br><br> Date: <br> Time: <br> Dept.: <br> Trial Date:  None <br><br> Accompanying Documents: <br><br> 1. Reply Memorandum of Points and Authorities |

I, LINDA A. RYAN, declare as follows:

1

1.  I am an attorney licensed to practice law before all of the courts of the State of California and am specially appearing as attorney of record for defendant JANE DOE ONE [hereinafter "Defendant"] in the above-entitled action.

2.  Plaintiff's counsel, Brett L. Gibbs, and I met and conferred on October 24, 2011, regarding Defendant's request that her Motion to Quash Subpoena on Comcast be, in part, treated as a Motion for Protective Order. Mr. Gibbs and I discussed the relief sought by the Motion for Protective Order including the fact that Defendant is seeking a Protective Order that no information about Defendant be released to Plaintiff or, in the alternative, that any information released by Comcast be limited to Defendant's name and address only. We were not able to reach agreement on those issues.

3.  I have personal knowledge of the foregoing and, if called upon to testify in this action, could testify to the above from my own knowledge.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Santa Rosa, California, on October 24, 2011

/s/ Linda A. Ryan  
LINDA A. RYAN  
Specially appearing as Attorney for  
Defendant JANE DOE ONE

2

Certification / Declaration of Linda A. Ryan Regarding Meet and Confer
on Jane Doe One's Motion to Quash Subpoena to Comcast

# PROOF OF SERVICE

I, Tiffany Avila, declare:

I am a citizen of the United States and a resident of the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 182 Farmers Lanes St. 101, Santa Rosa, CA 95405. On the date given I served the following:

1. Defendant Jane Doe's Reply Memorandum of Points and Authorities in Support of Jane Doe One's Motion to Quash Subpoena to Comcast
2. Certification / Declaration of Linda A. Ryan Regarding Meet and Confer Regarding Jane Doe One's Motion to Quash Subpoena to Comcast

on all the interested parties in said action as follows:

Brett L. Gibbs, Esq.  
STEELE HANSMEIER PLLC  
38 Miller Avenue, #263  
Mill Valley, CA 94941  
Telephone: (415) 325-5900  
blgibbs@wefightpiracy.com

John Steele, Esq.  
STEELE HANSMEIER PLLC  
161 N Clark St., Ste. 3200  
Chicago, IL 60601  
Telephone: (312) 880-9160  
jlsteele@wefightpiracy.com

Comcast Legal Response Center  
NE&TO  
650 Centerton Road  
Moorestown, NJ 08057  
Facsimile: (866) 947-5587

__X__ **BY FIRST CLASS MAIL (C.C.P. §§1005;1013a, et seq.):**
I caused a true copy of said document(s) to be deposited in a U.S. mail box in a sealed envelope with postage thereon fully prepaid in the City of Santa Rosa, State of California, after the close of the day's business.

____ **BY FACSIMILE (C.C.P. §§1005(b);1012.5 et seq.):**
I caused said document(s) to be telecopied to each addressee's facsimile number.

____ **BY FEDERAL EXPRESS NEXT DAY DELIVERY (C.C.P. §§1005(b),1013 (c)(d), et seq.):**
I caused said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage pre-paid and reasonably calculated to ensure delivery to the addressee not later than the close of the next business day.

____ **BY HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§1005;1011, et seq.):**
I caused said document(s) to be personally delivered to each addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 24, 2011      /s/ Tiffany Avila  
                                        TIFFANY AVILA

3

Certification / Declaration of Linda A. Ryan Regarding Meet and Confer
on Jane Doe One's Motion to Quash Subpoena to Comcast