LAW OFFICES OF

# LINDA A. RYAN
ATTORNEY AT LAW

182 FARMERS LANE, SUITE 101, SANTA ROSA, CA 95405
TELEPHONE: (707) 568-7700 FACSIMILE: (707) 284-2697

October 31, 2011

The Honorable Lucy H. Koh
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Courthouse, Courtroom 8 - 4th Floor
280 South 1st Street
San Jose, CA 95113

      Re:    Hard Drive Productions v. Does 1-166
                C 11-03682 LHK
                Case Management Conference
                November 7, 2011
                1:30 p.m.
                Courtroom 8

Dear Judge Koh:

      This letter is to request permission to appear by telephone at the Case Management Conference scheduled for Monday, November 7, 2011, at 1:30 p.m. in Courtroom 8. The reason for this request is that my office is located in Sonoma County and the time to travel to and from the court will be extensive.

      Thank you for your consideration.

                                              Yours truly,

                                              s/Linda A. Ryan

                                              LINDA A. RYAN

LAR:ta

cc: Brett L. Gibbs, Esq. (via facsimile)