Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | **No. C-11-03682 LHK** |
| Plaintiff, | **RULE 26(f) REPORT** |
| v. | |
| DOES 1-166, | |
| Defendant(s). | |

**RULE 26(f) REPORT**

Plaintiff Hard Drive Productions, Inc., by and through its counsel, hereby submits this Rule 26(f) Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and 26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):

**1. Individuals Likely to Have Discoverable Information:**

- Paul Pilcher, CEO of Hard Drive Productions, Inc.

- Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

- Person Most Knowledgeable ("PMK") at Internet Service Providers in their Subpoena Department – Legal Department Compliance Contact Information.

- Movant – ["Jane Doe" – Identifying Information Currently Unknown].
- Doe Defendant(s)/Subscriber(s) – Unidentified.
- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

**2. Documents, Electronically Stored Information, and Tangible Things:**

- Physical Documents – Plaintiff's copyright records.
- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

**3. Projected Discovery Timelines:**

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 30).

**4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:**

As noted in Plaintiff's Case Management Conference Statement (ECF No. 30), on August 2, 2011, Plaintiff filed an *Ex Parte* Application for Leave to Take Expedited Discovery. (ECF No. 5). On August 5, 2011, that Application was granted. (ECF No. 7). However, at this time, for the reasons explained in Plaintiff's Case Management Statement, the identifying information relating to the account holders whose IP addresses were used to unlawfully infringe upon Plaintiff's copyrighted works is currently only partially known to Plaintiff (ECF No. 30).

Beyond that, more expedited discovery may be necessary depending on whether the subscriber identifying information allows Plaintiff to actually identify the Doe Defendant. *At this point*, however, Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery is the only foreseeable discovery in the immediate future. Whether a future discovery request will be necessary is entirely dependent on the information that Plaintiff has not yet received from the ISPs. (ECF Nos.

5, 7). Any speculation about the need for further expedited discovery necessary to name Doe Defendant(s) in this case would be exactly that: speculation.

**5. Objections:**

Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case at this time.

**6. Discovery Motion Currently Pending:**

N/A.

**7. Other Issues:**

N/A.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: October 31, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                   /s/ Brett L. Gibbs
                                                  Brett L. Gibbs, Esq.