| | |
|---|---|
| 1 | LINDA A. RYAN, ESQ. SBN 185356 |
| | LAW OFFICES OF LINDA A. RYAN |
| 2 | 182 Farmers Ln, Ste. 101 |
| | Santa Rosa, CA 95405 |
| 3 | Telephone: (707) 568-7700 |
| | Facsimile: (707) 284-2697 |
| 4 | E-mail: ryanlawoffices@comcast.net |
| 5 | Attorney for Jane Doe One |
| | SPECIAL APPEARANCE |
| 6 | |
| | GARY HOENIG, ESQ. SBN 194384 |
| 7 | LAW OFFICES OF GARY HOENIG |
| | 182 Farmers Ln, Ste. 101 |
| 8 | Santa Rosa, CA 95405 |
| | Telephone: (707) 542-4622 |
| 9 | Facsimile: (707) 542-3810 |
| | E-mail: ghoenig@ap.net |
| 10 | |
| | Attorney for Jane Doe One |
| 11 | SPECIAL APPEARANCE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | HARD DRIVE PRODUCTIONS, INC., | No. C11-03682 LHK (HRL) |
| 18 | Plaintiff, | Special Appearance by Jane Doe One (Sued herein as Doe 1) |
| 19 | v. | **MOTION TO APPEAR BY TELEPHONE** |
| 20 | DOES 1 - 166, | |
| 21 | Defendants. / | Date: November 7, 2011 |
| 22 | | Time: 1:30 p.m. |
| | | Courtroom: 8 |
| 23 | | Trial Date: None |

Defendant JANE DOE ONE, specially appearing by and through her counsel, Linda A. Ryan, hereby requests permission to appear by telephone at the Case Management Conference scheduled for Monday, November 7, 2011, at 1:30 p.m. in Courtroom 8. The reason for this

////

////

1 | request is that Ms. Ryan's office is located in Sonoma County and the time to travel to and from
2 | the court will be extensive.

      Dated: November 1, 2011

LAW OFFICES OF LINDA A. RYAN
182 Farmers Ln., Ste. 101
Santa Rosa, CA 95405

/s/ Linda A. Ryan
LINDA A. RYAN, ESQ.

Specially appearing as Attorney for
Defendant JANE DOE ONE

# CERTIFICATE OF SERVICE

I, Tiffany Avila, declare:

I am a citizen of the United States and a resident of the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 182 Farmers Lanes St. 101, Santa Rosa, CA 95405. On the date given I served the following:

1. Motion to Appear by Telephone

on all the interested parties in said action as follows:

| | |
|---|---|
| Brett L. Gibbs, Esq. | John Steele, Esq. |
| STEELE HANSMEIER PLLC | STEELE HANSMEIER PLLC |
| 38 Miller Avenue, #263 | 161 N Clark St., Ste. 3200 |
| Mill Valley, CA 94941 | Chicago, IL 60601 |
| Telephone: (415) 325-5900 | Telephone: (312) 880-9160 |
| blgibbs@wefightpiracy.com | jlsteele@wefightpiracy.com |

__X__ **BY FIRST CLASS MAIL (C.C.P. §§1005;1013a, et seq.):**
I caused a true copy of said document(s) to be deposited in a U.S. mail box in a sealed envelope with postage thereon fully prepaid in the City of Santa Rosa, State of California, after the close of the day's business.

____ **BY FACSIMILE (C.C.P. §§1005(b);1012.5 et seq.):**
I caused said document(s) to be telecopied to each addressee's facsimile number.

____ **BY FEDERAL EXPRESS NEXT DAY DELIVERY (C.C.P. §§1005(b),1013 (c)(d), et seq.):**
I caused said document(s) to be deposited with an express service carrier in a sealed envelope designated by the carrier as an express mail envelope, with fees and postage pre-paid and reasonably calculated to ensure delivery to the addressee not later than the close of the next business day.

____ **BY HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§1005;1011, et seq.):**
I caused said document(s) to be personally delivered to each addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 1, 2011            /s/ Tiffany Avila
                                   TIFFANY AVILA

1