1  LINDA A. RYAN, ESQ. SBN 185356
   LAW OFFICES OF LINDA A. RYAN
2  182 Farmers Ln, Ste. 101
   Santa Rosa, CA 95405
3  Telephone: (707) 568-7700
   Facsimile: (707) 284-2697
4  E-mail: ryanlawoffices@comcast.net

5  Attorney for Jane Doe One
   SPECIAL APPEARANCE
6

7  GARY HOENIG, ESQ. SBN 194384
   LAW OFFICES OF GARY HOENIG
8  182 Farmers Ln, Ste. 101
   Santa Rosa, CA 95405
   Telephone: (707) 542-4622
9  Facsimile: (707) 542-3810
   E-mail: ghoenig@ap.net
10

11 Attorney for Jane Doe One
   SPECIAL APPEARANCE

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

(United States District Court, Northern District of California seal)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C11-03682 LHK (HRL) |
| Plaintiff, | Special Appearance by Jane Doe One (Sued herein as Doe 1) |
| v. | **MOTION TO APPEAR BY TELEPHONE** |
| DOES 1 - 166, | |
| Defendants. | Date: November 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 8 |
| | Trial Date: None |

Defendant JANE DOE ONE, specially appearing by and through her counsel, Linda A. Ryan, hereby requests permission to appear by telephone at the Case Management Conference scheduled for Monday, November 7, 2011, at 1:30 p.m. in Courtroom 8. The reason for this

////

////

1  request is that Ms. Ryan's office is located in Sonoma County and the time to travel to and from
2  the court will be extensive.
3      Dated: November 1, 2011

                LAW OFFICES OF LINDA A. RYAN
                182 Farmers Ln., Ste. 101
                Santa Rosa, CA 95405

                /s/ Linda A. Ryan
                LINDA A. RYAN, ESQ.

                Specially appearing as Attorney for
                Defendant JANE DOE ONE