UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Lucy H. Koh**
Courtroom 8 - 4th Floor

# Civil Minute Order

Date: November 7, 2011                              Time in Court: [2:02 to 2:22 (20)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Hard Drive Productions, Inc. v. Does 1-166**
**CASE NUMBER**: CV11-03682 LHK
Plaintiff Attorney(s) present: Brett Gibbs
Defendant Attorney(s) present: Linda Ryan, specially for Jane Doe One, *telephonically*

**PROCEEDINGS:**
**Case Management Conference**

Case management conference held.

Case management scheduling order to be issued.

///