UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | Case No.: 11-CV-03682-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER AND CASE |
| DOES 1-166, | ) | MANAGEMENT ORDER |
| Defendant(s). | ) | |

Clerk: Oscar Rivera  
Reporter: Lee-Anne Shortridge  
Length of hearing: 20 minutes  

Plaintiff Attorney: Brett Langdon Gibbs  
Defendant Jane Doe, One Attorney, Specially Appearing: Linda Ann Ryan

An initial case management conference was held on November 7, 2011, at 1:30 p.m.

FURTHER CASE MANAGEMENT CONFERENCE is set for February 15, 2012, at 2 p.m.

DEADLINE TO FILE MOTION TO AMEND PLEADINGS OR ADD PARTIES is April 2, 2012.

FACT DISCOVERY CUTOFF is June 1, 2012.

EXPERT DISCOVERY:
  Last day to file expert witness designations: June 15, 2012
  Disclosure of rebuttal experts: June 29, 2012
  Expert discovery cutoff: July 13, 2012.

DISPOSITIVE MOTIONS shall be filed by July 26, 2012, and set for hearing no later than August 30, 2012, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is September 26, 2012, at 2:00 p.m.

JURY TRIAL DATE is October 15, 2012, at 9:00 a.m.

TRIAL LENGTH is estimated to be 2 days.

**IT IS SO ORDERED.**

Dated: November 8, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge