# EXHIBIT A

| IP Address |
|---|
| 75.28.160.67 |
| 66.214.5.252 |
| 71.84.60.87 |
| 96.39.248.27 |
| 24.23.163.217 |
| 71.204.182.107 |
| 98.210.111.103 |
| 72.197.228.86 |
| 74.116.45.100 |
| 173.58.169.140 |
| 173.60.69.107 |