# EXHIBIT A

| Remaining IP Addresses |
| --- |
| 67.181.234.139 |
| 24.10.73.197 |
| 24.5.73.142 |
| 67.169.236.18 |
| 98.234.244.31 |
| 98.255.16.94 |
| 24.130.110.217 |
| 67.181.91.73 |
| 24.5.70.91 |
| 67.188.238.243 |
| 68.111.93.104 |
| 71.195.116.218 |
| 24.4.33.158 |
| 69.181.61.253 |
| 24.7.61.229 |
| 71.202.235.236 |
| 68.4.102.37 |
| 67.164.33.8 |
| 98.210.33.249 |
| 24.23.168.81 |
| 24.130.119.92 |
| 24.6.161.133 |
| 24.7.119.49 |
| 24.4.168.30 |
| 68.101.219.77 |
| 67.166.144.172 |
| 24.23.170.7 |
| 68.109.94.116 |
| 24.10.40.177 |
| 174.62.85.60 |
| 76.102.152.168 |
| 68.6.163.14 |
| 68.111.149.105 |
| 76.126.240.176 |
| 72.220.68.26 |
| 68.6.40.71 |
| 76.127.89.31 |
| 24.5.89.232 |
| 67.180.178.44 |
| 24.6.98.203 |
| 67.188.95.0 |
| 24.4.181.184 |

| Remaining IP Addresses |
|---|
| 71.202.250.46 |
| 71.198.49.8 |
| 98.255.17.217 |
| 71.202.150.142 |
| 98.210.25.155 |
| 24.4.181.184 |
| 68.111.166.98 |
| 98.164.196.78 |
| 72.220.164.254 |
| 76.127.65.23 |
| 68.8.161.188 |
| 68.5.172.132 |
| 70.181.135.224 |
| 67.188.30.81 |
| 72.199.66.243 |
| 70.187.185.106 |
| 24.2.41.29 |
| 68.101.96.115 |
| 71.193.41.171 |
| 68.5.34.19 |
| 174.77.55.98 |
| 67.188.151.92 |
| 68.8.95.130 |
| 67.161.4.117 |
| 67.181.135.173 |
| 67.172.180.51 |
| 24.23.170.18 |
| 68.101.96.239 |
| 71.198.248.50 |
| 24.10.25.158 |
| 67.181.135.173 |
| 98.207.206.46 |
| 68.8.37.149 |