UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | Case No.: 11-CV-03682-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER AND CASE |
| DOES 1-166, | ) | MANAGEMENT ORDER |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Clerk:  Martha Parker Brown　　　　Plaintiff Attorney: Brett Langdon Gibbs
Reporter:  Lee-Anne Shortridge　　　Defendant Jane Doe, One Attorney, Specially Appearing:
Length of hearing: 22 minutes　　　　Linda Ann Ryan

　　　　A case management conference was held on March 14, 2012.  A further case management conference is set for June 13, 2012, at 2:00 p.m.

　　　　By April 11, 2012, Plaintiff shall file either proof of service for the 19 Cox subscriber Defendants whose identifying information Plaintiff received on March 8, 2012, or a declaration demonstrating good cause for failure to do so.  Failure to comply with this Order will result in issuance of an Order to Show Cause why this case should not be dismissed for failure to prosecute, a hearing on which will be set for June 13, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-03682-LHK
CASE MANAGEMENT AND MINUTE ORDER